IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-167-WKW |
| ) | [WO] |
| THE MONTGOMERY POLICE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On May 31, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 13.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED; and

(2) This case is DISMISSED without prejudice prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B).

It is further ORDERED that Plaintiff's Motions to Amend (Docs. # 9, 12) are DENIED as futile.

A separate final judgment will be entered.

DONE this 17th day of June, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE